PER CURIAM.
Appellant contends that Section 440.-15(3)(a)(l), Florida Statutes (1981), which limits claimant’s permanent impairment benefits to $1200 for the permanent loss of' sight in one eye is, as applied in this case, unconstitutional. We have previously rejected this argument and affirm. Carr v. Central Florida Aluminum Products, Inc., 402 So.2d 565 (Fla. 1st DCA 1981); Acton v. Ft. Lauderdale Hospital, 418 So.2d 1099 (Fla. 1st DCA 1982); Mahoney v. Sears, Roebuck & Co., 419 So.2d 754 (Fla. 1st DCA 1982); John v. GDG Services, Inc., 424 So.2d 114 (Fla. 1st DCA 1982); Disco 95, Inc. v. Calderone, 427 So.2d 1084 (Fla. 1st DCA 1983).
ROBERT P. SMITH, Jr., C.J., and WENTWORTH, J., concur.
ZEHMER, J., dissents without opinion.